No. 8901. THE STATE OF MONTANA, EX REL. JOHN W. BONNER, Governor of the State of Montana, RELATOR, v. THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT, In and For the COUNTY OF LEWIS AND CLARK and the HONORABLE GEORGE W. PADBURY, JR., One of the Judges, Thereof, RESPONDENTS.

Decided Sept. 27, 1949.

*Arnold H. Olsen*, Attorney General, *Hugh D. Carmichael*, First Assistant Attorney General, *Myles J. Thomas*, Special Assistant Attorney General, for Relator and Plaintiff.

On relator's praecipe for dismissal filed with the Clerk, it is ordered that relator's motion and application for an alternative writ in this cause be dismissed without costs to either party.